**Order filed February 6, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00655-CV
_____

**KEVIN MATTHEW HALL, Appellant**

**V.**

**REBECCA MACCORKLE HALL, Appellee**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-63670**

---

## O R D E R

On August 7, 2012, this court abated this appeal because appellant, Kevin Matthew Hall, petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 12-33310. *See* Tex. R. App. P. 8.2.

On January 21, 2014, appellant notified this court that appellant has been discharged and the bankruptcy case was closed. Appellant asks that we reinstate the appeal.

Texas Rule of Appellate Procedure 8.3 requires that before an appeal may be reinstated, the party moving to reinstate must provide the appellate court with a certified copy of the bankruptcy court's order lifting or terminating the automatic stay. To date, this court has not been provided with a certified copy of the bankruptcy court's order discharging appellant or otherwise terminating the stay of proceedings.

Appellant is ordered to file a certified copy of the bankruptcy court's order order discharging appellant or otherwise terminating the stay of proceedings on or before **February 28, 2014**.

PER CURIAM